1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TAHEE ABD' RASHEED,

11              Plaintiff,                    No. CIV S-09-3300 KJM

12         vs.

13   CASTRO,

14              Defendant.                    <u>ORDER</u>

15   _____/

16         Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C.

17   § 1983.  He has consented to magistrate judge jurisdiction.

18         By order of May 3, 2010, the court denied plaintiff's application to proceed in

19   forma pauperis on the basis that the "three strikes" provision of the Prison Litigation Reform Act

20   bars the court from granting him that status.  <u>See</u> Order (Docket No. 19); 28 U.S.C. § 1915(g).

21   The court gave plaintiff thirty days in which to pay the entire filing fee, apprising him that failure

22   to do so would result in dismissal of this action.  That time period has now expired, and plaintiff

23   has not paid the filing fee.  Indeed, plaintiff's most recent filing concedes that his case does not

24   "warrant the extraordinary circumstances."  <u>See</u> Request (Docket No. 20).  Accordingly, it does

25   not qualify for an exception to the requirement that plaintiff pay the filing fee in full in order to

26   proceed in this case.

                                              1

1          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2    prejudice.

3    DATED:  June 16, 2010.

4                                                                              _____
                                        U.S. MAGISTRATE JUDGE
     4
5    rash3300.dism

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26